**Steven A. Kraemer,** OSB No. 882476
E-mail:  skraemer@cisoregon.org
**Leslie A. Edenhofer,** OSB No. 093380
E-mail:  ledenhofer@cisoregon.org
**KRAEMER & EDENHOFER**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (800) 922-2684
Facsimile: (503) 763-3939

        Of Attorneys for  Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KAMI ROCHELLE RUST,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF HILLSBORO, MICHAEL LEADER, in his individual capacity, and ALONZO GARCIA, in his individual capacity,<br><br>        Defendants. | Case No. 3:14-cv-1678-BR<br><br>JOINT ALTERNATE DISPUTE RESOLUTION REPORT |

## **JOINT ADR REPORT**

    This report is submitted in compliance with LR 16-4(d).

1.    Counsel have not held settlement discussions with their clients and opposing parties.

    The parties do not believe it would be productive.

/ / /

/ / /

/ / /

Page 1 - JOINT ALTERNATE DISPUTE RESOLUTION
           REPORT

**KRAEMER & EDENHOFER**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (800) 922-2684**
**Facsimile: (503) 763-3939**

2. The parties do not believe that any form of ADR will assist in the resolution of this case.

DATED:     October 5, 2015               */s/ Justin Johnson*
                                         Justin Johnson, OSB No. 124196
                                         Of Attorneys for Plaintiff

DATED:     October 5, 2015               */s/ Leslie A. Edenhofer*
                                         Leslie A. Edenhofer, OSB No. 093380
                                         Of Attorneys for Defendants

Page 2 - JOINT ALTERNATE DISPUTE RESOLUTION REPORT

**KRAEMER & EDENHOFER**
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (800) 922-2684
Facsimile: (503) 763-3939