**Steven A. Kraemer,** OSB No. 882476
E-mail: skraemer@cisoregon.org
**Leslie A. Edenhofer,** OSB No. 093380
E-mail: ledenhofer@cisoregon.org
**KRAEMER & EDENHOFER**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (800) 922-2684
Facsimile: (503) 763-3939

      Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KAMI ROCHELLE RUST, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF HILLSBORO, MICHAEL LEADER, in his individual capacity, and ALONZO GARCIA, in his individual capacity, <br><br> Defendants. | Case No. 3:14-cv-1678-BR <br><br> STIPULATED JUDGMENT OF DISMISSAL |

    IT IS STIPULATED between the parties that all claims alleged in this case, having been compromised and fully settled, be dismissed with prejudice and without costs or attorney fees to either party.

DATED:    November 4, 2015           */s/ Justin Johnson*
                                                           Justin Johnson, OSB No. 124196
                                                           Of Attorneys for Plaintiff

DATED:    November 4, 2015           */s/ Steven A. Kraemer*
                                                           Steven A. Kraemer, OSB No. 882476
                                                           Of Attorneys for Defendants

Page 1 - STIPULATED JUDGMENT OF DISMISSAL

**KRAEMER & EDENHOFER**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (800) 922-2684**
**Facsimile: (503) 763-3939**

Based upon the parties' stipulation, it is

ADJUDGED that all claims alleged in this case are dismissed with prejudice and without costs or attorney fees to either party.

DATED this _____ day of _____, 2015.

_____
Honorable Anna J. Brown
United States District Court Judge

Page 2 - STIPULATED JUDGMENT OF DISMISSAL

**KRAEMER & EDENHOFER**
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (800) 922-2684
Facsimile: (503) 763-3939