
Case 3:14-cv-01678-BR    Document 23    Filed 11/04/15    Page 1 of 2

**Steven A. Kraemer,** OSB No. 882476
E-mail: skraemer@cisoregon.org
**Leslie A. Edenhofer,** OSB No. 093380
E-mail: ledenhofer@cisoregon.org
**KRAEMER & EDENHOFER**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (800) 922-2684
Facsimile: (503) 763-3939

<u>Of Attorneys for Defendants</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KAMI ROCHELLE RUST, | |
| Plaintiff, | Case No. 3:14-cv-1678-BR |
| v. | |
| CITY OF HILLSBORO, MICHAEL LEADER, in his individual capacity, and ALONZO GARCIA, in his individual capacity, | STIPULATED JUDGMENT OF DISMISSAL |
| Defendants. | |

IT IS STIPULATED between the parties that all claims alleged in this case, having been compromised and fully settled, be dismissed with prejudice and without costs or attorney fees to either party.

DATED:  November 4, 2015         */s/ Justin Johnson*
                                  Justin Johnson, OSB No. 124196
                                  Of Attorneys for Plaintiff

DATED:  November 4, 2015         */s/ Steven A. Kraemer*
                                  Steven A. Kraemer, OSB No. 882476
                                  Of Attorneys for Defendants

Page 1 - STIPULATED JUDGMENT OF DISMISSAL

KRAEMER & EDENHOFER
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (800) 922-2684
Facsimile: (503) 763-3939

Based upon the parties' stipulation, it is

ADJUDGED that all claims alleged in this case are dismissed with prejudice and without costs or attorney fees to either party.

DATED this 4th day of November, 2015.

_____
Honorable Anna J. Brown
United States District Court Judge

KRAEMER & EDENHOFER
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (800) 922-2684
Facsimile: (503) 763-3939